```
                FILED
       CLERK, U.S. DISTRICT COURT

             OCT 2 5 2012

       CENTRAL DISTRICT OF CALIFORNIA
       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES JOHN RAVERTA,<br>    Defendant. | CASE NO. ED CR-09-0012<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)    the appearance of defendant as required; and/or

    (B)  (X)    the safety of any person or the community.

//

//

1         The court concludes:

2 A.   (X)   Defendant poses a risk to the safety of other persons or the community
3               because defendant has not demonstrated by clear and convincing
4               evidence that:

5         *he is not a danger ~~be~~ in light of the alleged*
6         *violations of supervised release and defendant's*
7         *underlying criminal record.*

10 (B)   (X)   Defendant is a flight risk because defendant has not shown by clear
11               and convincing evidence that:

12         *he is not a risk of nonappearance.*

17         IT IS ORDERED that defendant be detained.

21 DATED: *10·25·12*

                                       HONORABLE JAY C. GANDHI
                                       UNITED STATES MAGISTRATE JUDGE