

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES JOHN RAVERTA<br><br>　　　　　Defendant. | Case No.: ED CR 09-12-VAP<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dst., CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegation his whereabouts were unknown to P.O., allegation of heroin use; no verified background info or bail resources; prior SR revocations

```
1  _____
2  _____
3  _____
4       and/or
5  B.   ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:_____
10  _____
11  _____
12  _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  9/23/13

_____
UNITES STATES MAGISTRATE JUDGE